IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


LAFAYETTE INSURANCE COMPANY                                    PLAINTIFF


v.                              No. 5:04CV00094 GH


ALTHEIMER OIL COMPANY; JOHNATHON
LEWIS COLE; AND LAUVERN P. JONES, as next
friend of HAYWOOD JONES, a minor                              DEFENDANTS

### JUDGMENT

In accordance with the separate memorandum opinion and order filed this date, judgment

is hereby entered in favor of Lafayette against Cole and Jones.  Lafayette has no duty to defend Cole

in the Circuit Court of Jefferson County, Arkansas lawsuit styled Lauvern P. Jones, as next friend

of Haywood Jones, a minor v. Johnathon L. Cole, and Altheimer Oil Company, Inc., No.

CV-2003-942-1, nor does it have a duty to indemnify Cole for any loss he may suffer as a result of

that same lawsuit.

DATED this 22nd day of March, 2007.


_____
UNITED STATES DISTRICT JUDGE